**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00318-CV

## LONE STAR PAVERS INC., Appellant

## V.

## JOSE MURILLO, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01837**

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed March 17, 2018. The clerk's record was filed September 18, 2018. The reporter's record was not filed. No brief was filed.

On November 29, 2018, this court issued an order stating that unless appellant filed a brief on or before December 13, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.